AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Guindon, et al

V.

Leggett & Platt Incorporated, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-00366

TO: (Name and address of Defendant)

Leggett & Platt, Incorporated
c/o CT Corporation System
10 Weybosset Street
Providence, RI

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
311 Pine Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within ______ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10-21-07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 10-29-07 |
|---|---|
| NAME OF SERVER *(PRINT)* JOSEPH KEATING FEDERAL PROCESS SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): C-T CORP PROVIDENCE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 45.00 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-29-07
Date

Joseph Keating
Signature of Server

41 NO ELMORE AVE
Address of Server
NO PROV RI 02911

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.