RECEIVED
OCT 30 2007
SHERIFF DEPT.
Carthage, MO

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Guindon, et al

V.

Leggett & Platt Incorporated, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-00366

R.S. 10-31-07 1315 #687

TO: (Name and address of Defendant)

L&P Financial Services
c/o Ernest C. Jett
P.O. Box 757
No. 1 Leggett Road
Carthage, MO 64836

Teresa Mai
Litigation Paralegal

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Brian R. Cunha, Esq.
Brian Cunha & Associates, P.C.
311 Pine Street
Fall River, MA 02720

an answer to the complaint which is herewith served upon you, within __________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 10-21-07

(By) DEPUTY CLERK

Pd $40 CK# 16975

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE OCTOBER 31, 2007 |
| NAME OF SERVER *(PRINT)* JIM LESSY #687 | TITLE DEPUTY SHERIFF |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

XXX Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. TERESA MAI - LITIGATION PARALEGAL

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☐ Other (specify): ______

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $20.00 | $20.00 | $40.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

W. ARCHIE DUNN - SHERIFF

Executed on 10-31-07 @ 13:15 HRS (Date) Signature of Server: [signature] #687

JASPER COUNTY SHERIFF'S OFFICE
405 EAST 5TH, CARTHAGE, MO. 64836
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.