UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GUINDON, et al. *Plaintiffs,* | : | |
| vs. | : | C.A. No. 07-00366 |
| LEGGETT & PLATT, INC., et al., *Defendants* | : | |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO CONSOLIDATE**

The Plaintiffs have filed a Motion to Consolidate the case of Guindon, et al. vs. Leggett & Platt, et al. C.A. No. 07-00366 with the pending case in this Court Guindon, et al. vs. Derderian, et al. C.A. No. 03-335.

By way of history, the Plaintiffs in this action had previously filed a complaint against Leggett & Platt which was dismissed by this Court on September 19, 2007, for failure to return the waiver of service form to Leggett & Platt.

In this current action, the Plaintiffs in the above three actions that were dismissed have re-filed and served an identical Complaint to the Complaint that was dismissed against Leggett & Platt. Defendants Leggett & Platt have answered that complaint.

In the interest of judicial economy, it would serve all parties if Leggett & Platt were re-joined with the other outstanding Defendants in the above Guindon, et al. vs. Leggett & Platt, et al. C.A. No. 07-00366 by consolidating this case with the pending Guindon, et al. vs. Derderian, et al. C.A. No. 03-335.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

/s/ Brian R. Cunha, Esq.

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

**CERTIFICATION OF SERVICE**

I hereby certify that on the 3rd day of December, 2007 a true copy of the within was served electronically pursuant to the Court's Order to the following;

| | |
|---|---|
| Thomas C. Angelone, Esq. | Angelonelaw@aol.com |
| C. Russell Bengtson, Esq. | Rbengtson@ckmlaw.com |
| Gregory L. Boyer, Esq. | Boyerlaw1@aol.com |
| Stephen E. Breggia, Esq. | Sbreggia@bbglaw.us |
| Kevin F. Bowen, Esq. | Kbowen@bbglaw.us |
| Joseph B. Burns, Esq. | jburns@rms-law.com |
| Mark D. Cahill, Esq. | Mcahill@choate.com |
| Eric Bradford Hermanson, Esq. | ehermanson@choate.com |
| Lawrence J. Cappuccio, Esq. | L.cappuccio@worldnet.att.net |
| Joseph V. Cavanagh, Jr., Esq. | Stationfire@blishcavlaw.com |
| Kristen E. Rodgers, Esq. | Stationfire@blishcavlaw.com |
| Edward M. Crane, Esq. | Ercane@skadden.com |
| Deborah Solmor, Esq. | Dsolmor@skadden.com |
| Anthony F. DeMarco, Esq. | Tdemarco@conversent.net |
| Mark T. Reynolds, Esq. | Mtreynolds@conversent.net |
| Mark DeSisto, Esq. | Stationfire@desistolaw.com |
| Curtis R. Diedrich, Esq. | Cdiedrich@sloanewalsh.com |
| Robert Norton, Esq. | Rnorton@sloanewalsh.com |
| Stefanie DiMaio-Larivee, Esq. | Fonia@msn.com |
| Mark P. Dolan, Esq. | Ricedolank@aol.com |
| T. Dos Urbanski, Esq. | StationLitigation@melicklaw.com |
| Allen J. McCarthy, Esq. | StationLitigation@melicklaw.com |
| Michael J. Mazurczak, Esq. | StationLitigation@melicklaw.com |
| Christopher C. Fall, Jr., Esq. | Cfallon@cozen.com |
| Stephen Fogerty, Esq. | Fogerty@halloran-sage.com |
| Mark Hadden, Esq. | Mhadden@mhaddenlaw.com |
| Carl A. Henlen, Esq. | Chenlein@fbtlaw.com |
| John R. Crockett, III, Esq. | Jcrockett@fbtlaw.com |
| Susan Wettle, Esq. | Swettle@fbtlaw.com |
| Edward T. Hinchey, Esq. | Ehinchey@sloanewalsh.com |
| Daniel Horgan, Esq. | Horganlaw@snet.net |
| Patrick T. Jones, Esq. | Pjones@cmj-law.com |
| Peter Schneider, Esq. | Pschneider@cmj-law.com |
| Howard Julian, Esq. | Sohohomes@yahoo.com |
| Bruce P. Keller, Esq. | Bkeller@debevoise.com |
| Fred A. Kelly, Esq. | StationFireLitigation@nixonpeabody.com |
| Steven M. Richard, Esq | StationFireLitigation@nixonpeabody.com |
| Ian Ridlon, Esq. | StationFireLitigation@nixonpeabody.com |
| Joseph Krowski, Esq. | Josephkrowski.law@verizon.net |
| Ronald Langlois, Esq. | Rlanglois@smithbrink.com |
| Lauren D. Wilkins, Esq. | Lwilkins@smithbrink.com |

| | |
|---|---|
| James R. Lee, Esq. | Jlee@riag.ri.gov |
| Thomas W. Lyons, Esq. | Tlyons@straussfactor.com |
| Richard W. MacAdams, Esq. | Rmacadams@mandwlaw.com |
| John R. Mahoney, Esq. | Johnmahoney@amlawllp.com |
| Eva Marie Mancuso, Esq. | Emancuso@hwac.com |
| Mark S. Mandell, Esq. | Msb@msb-atty.com |
| W. Thomas McGough, Jr., Esq. | tmcgough@reedsmith.com |
| James J. Restivo, Jr., Esq. | Jrestivo@reedsmith.com |
| Edwin F. McPherson, Esq. | Emcpherson@m-klaw.com |
| Matthew F. Medeiros, Esq. | Mfm@lmkbw.com |
| Howard A. Merten, Esq. | Hmerten.station@psh.com |
| Benjamin V. White, III, Esq. | Bwhite@vetterandwhite.com |
| Steven A. Minicucci, Esq. | Sminicucci@calvinolaw.com |
| William Filippo, Esq. | Wfilippo@calvinolaw.com |
| Ralph J. Monaco, Esq. | Rmonaco.c-l@snet.net |
| James T. Murphy, Esq. | Stationfire@hansoncurran.com |
| Thomas Bender, Esq. | Stationfire@hansoncurran.com |
| Kelly N. Michels, Esq. | Stationfire@hansoncurran.com |
| John J. Nazzaro, Esq. | Attynazzaro@aol.com |
| Mark T. Nugent, Esq. | Mnugent@morrisonmahoney.com |
| Paul Sullivan, Esq. | Pvsullivan@morrisonmahoney.com |
| j. Renn Olenn, Esq. | Jro@olenn-penza.com |
| Michael Potenza, Esq. | Mpotenza@debevois.com |
| Stephen M. Prignano, Esq. | Sprignano@edwardsangell.com |
| Stephen J. MacGillivray, Esq. | Smacgillvray@edwardsangell.com |
| Robert Reardon, Esq. | Reardonlaw@aol.com |
| Robert Rimmer, Esq. | Reardonlaw@aol.com |
| Charles N. Redihan, Esq. | Credihan@kprlaw.com |
| James H. Reilly, III, Esq. | Jreilly@kkrs.com |
| Donald J. Maroney, Esq. | Dmaroney@kkrs.com |
| Ronald J. Resmini, Esq. | Resminilaw@yahoo.com |
| Ronald J. Creamer, Esq. | Resminilaw@yahoo.com |
| James A. Ruggieri, Esq. | Jruggieri@hcc-law.com |
| Suzanne O'Donoghue, Esq. | Sodonoghue@hcc-law.com |
| Michael A. St. Pierre, Esq. | Mikesp@rrsplaw.com |
| Georgia Sullivan | georgia.sullivan@thehartford.com |
| Mark D. Tourgee, Esq. | Aminchilo@itwlaw.com |
| Timothy A. Williamson, Esq. | Aminchillo@itwlaw.com |
| Andrew J. Trevelise, Esq. | Atrevelise@reedsmith.com |
| Scott J. Tucker, Esq. | Stucker@ths-law.com |
| Earl H. Walker, Esq. | Ewalker@jw.com |
| Charles Babcock, Esq. | Cbabcock@jw.com |
| Nancy Hamilton, Esq. | Nhamilton@jw.com |
| George Wolf, III, Esq. | Gwolf@shb.com |
| Ann Songer, Esq. | Asonger@shb.com |

/s/ Brian R. Cunha, Esq.

Brian R. Cunha, Esq.