UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GUINDON, et al. *Plaintiffs,* | : | |
| vs. | : | C.A. No. 07-00366 |
| LEGGETT & PLATT, INC., et al., *Defendants* | : | |

**PLAINTIFFS' MOTION TO CONSOLIDATE**

Now comes the Plaintiffs in the above matter and respectfully request that the case of Guindon, et vs. Leggett & Platt, et al. C.A. No. 07-00366 be consolidated with the Plaintiffs previously filed case Guindon, et al. vs. Derderian, et al. C.A. No. 03-335.

As reasons therefore, Plaintiffs request that the Court refer to the Memorandum of Law attached herewith.

Plaintiffs
By Their Attorneys,
BRIAN CUNHA & ASSOCIATES

/s/ Brian R. Cunha, Esq.

Brian R. Cunha, Esquire (#4074)
311 Pine Street
Fall River, MA 02720
Tel: (508) 675-9500
Fax: (508) 679-6360

Granted: Ronald R. Lagueux
Sr. USDJ 1/3/08